RECEIVED
JUL 26 2011
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| JAMES H. MURUNGI | CIVIL ACTION NO. 6:11-cv-0411 |
| VERSUS | JUDGE DOHERTY |
| TOURO INFIRMARY, LEE B. HANKINS, RAQUEL S. MARGULIS, and THERESA WILLIAMS | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own.

Accordingly, **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the defendants' motion to dismiss this action for lack of venue and/or to transfer this action to a court of proper venue (Rec. Doc. 7) is GRANTED IN PART and DENIED IN PART, and this action is transferred to the Eastern District of Louisiana, consistent with the report and recommendation.

Lafayette, Louisiana, this 26th day of July, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE